IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE D. GARZA, | No. C 10-3170 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| F.B. HAWS, et al., | (Docket No. 4) |
| Defendants | |

This is a civil rights case brought pro se by a state prisoner. While plaintiff is currently located at Salinas Valley State Prison, the acts complained of in the amended complaint occurred at the California State Prison, Los Angeles County ("CSP-Los Angeles"). CSP-Los Angles lies within the venue of the United States District Court for the Central District of California. The defendants who are alleged to have performed the acts complained of are all located at CSP-Los Angeles, in the Central District. While plaintiff names certain defendants located within other districts, he makes no allegations against them. Venue is therefore preferable in the Central District because that is where all the acts complained of are alleged to have occurred. *See* 28 U.S.C. § 1404(a)

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a). The clerk shall terminate docket number 4 from this court's docket.

**IT IS SO ORDERED.**

Dated: September ___27___, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\GARZA3170.TRN.wpd