# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE D. GARZA,** | NO. LA CV 10-07658-VBF-MAN |
| Plaintiff, | |
| v. | RULE 58 FINAL JUDGMENT |
| LUIS M. CHAVEZ, | |
| Defendant. | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of the defendant and against the plaintiff.

DATED:   July 18, 2014

*Valerie Baker Fairbank*

———————————————
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE